# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5065**                                               **September Term, 2024**

**1:22-cv-00818-CJN**

**Filed On:** September 18, 2024

William Skewes-Cox,

      Appellant

   v.

Georgetown University Law Center and
Department of Education Office for Civil
Rights,

      Appellees

**BEFORE:**    Millett, Katsas, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motions for summary affirmance, the opposition thereto, and the replies; and the motion for summary reversal and the oppositions thereto, it is

**ORDERED** that the motion for summary reversal be denied and the motion for summary affirmance filed by appellee Department of Education Office for Civil Rights be granted with regard to appellant's claim against that appellee. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that a Rehabilitation Act suit against the allegedly discriminating entity provides an adequate alternative remedy that precludes relief under the Administrative Procedure Act. See Women's Equity Action League v. Cavazos, 906 F.2d 742, 751 (D.C. Cir. 1990). It is

**FURTHER ORDERED** that the motion for summary reversal and the motion for summary affirmance filed by appellee Georgetown University Law Center be denied with regard to appellant's claim against that appellee. The merits of the parties' positions are not so clear as to warrant summary action.

Because the court has determined that summary disposition is not in order with respect to appellant's claim against Georgetown University Law Center, the Clerk is instructed to calendar this case for presentation to a merits panel.

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 24-5065**                                        **September Term, 2024**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until resolution of the remainder of the appeal.

**<u>Per Curiam</u>**