# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5065**                                      **September Term, 2024**

1:22-cv-00818-CJN

Filed On: December 31, 2024 [2092093]

William Skewes-Cox,

        Appellant

    v.

Georgetown University Law Center and
Department of Education Office for Civil
Rights,

        Appellees

## O R D E R

Upon consideration of appellant's consent motion for leave to file the joint appendix out of time, and the lodged joint appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged joint appendix.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                          BY:      /s/
                                            Michael C. McGrail
                                            Deputy Clerk