# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-5065**                                          **September Term, 2024**

**1:22-cv-00818-CJN**

**Filed On: February 10, 2025** [2099913]

William Skewes-Cox,

       Appellant

     v.

Georgetown University Law Center and
Department of Education Office for Civil
Rights,

       Appellees

     **BEFORE:**     Katsas, Rao, and Garcia, Circuit Judges

## O R D E R

Upon consideration of pro se appellant's motion for leave to file the reply brief out of time, and the lodged reply brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged reply brief.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                          BY:     /s/
                                          Michael C. McGrail
                                          Deputy Clerk