# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-5065                           September Term, 2024

1:22-cv-00818-CJN

Filed On: February 20, 2025 [2101623]

William Skewes-Cox,

        Appellant

    v.

Georgetown University Law Center and
Department of Education Office for Civil
Rights,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 6, 2025, at 9:30 A.M.:

         Appellant                -           10 Minutes

         Appellees               -           10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Katsas, Rao, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 24, 2025.

### Per Curiam

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                           BY:      /s/
                                             Michael C. McGrail
                                             Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)